UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                 Plaintiff,                      **MEMORANDUM**

            -against-                                       21 Cr. 678 (NSR)

KENNETH GOODE,

                                Defendant.
-----------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge</u>:

       Please find attached a transcript of the November 8, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 7, 2021
        White Plains, New York

                                                          Respectfully Submitted,

                                                          _____
                                                          JUDITH C. McCARTHY
                                                         United States Magistrate Judge