

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 8, 2022

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/08/2022_

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Kenneth Goode,* **21 Cr. 678 (NSR)**

Dear Judge Román:

Sentencing in the above-referenced matter is currently scheduled for February 16, 2022, at 11:00 a.m.  Under Your Honor's Individual Rules of Practice in Criminal Cases, the defendant's sentencing submission is due two weeks prior to sentencing and the Government's sentencing submission is due one week prior to sentencing.  The Government understands that the defendant's sentencing submission is expected to be filed in the coming days, including potentially after the Government's current deadline of February 9, 2022.  Accordingly, the Government respectfully moves, with the defendant's consent, for an extension of the deadline to file its sentencing submission from February 9, 2022, to until one business day after the defendant's submission is filed.  This is the Government's first request for such an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Qais Ghafary
      Qais Ghafary
      Assistant United States Attorney
      Tel: (914) 993-1930

Cc: Domenick Porco, Esq. (via ECF)

**The Court GRANTS the application. The Govt shall file its sentencing submission one business day after Def. files his own submission. The Clerk of the Court is directed to terminate the motion at ECF No. 42.**

**Dated: February 8, 2022**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE.

MEMO ENDORSED