UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

|  |  |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - |  |
|  | 21 CR 678 (NSR) |
| KENNETH GOODE, |  |
| Defendant(s). |  |

------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The in-person Change of Plea and Sentencing for the above Defendant is **scheduled for February 16, 2022 at 11:00 am in Courtroom 218 unless otherwise notified by the Court.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:  White Plains, New York
        February 15, 2022

_____
Hon. Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022